08-01-12  14:04  From-Screening Reports            16306941672            T-532  P0003/0004  F-431

# ◆ Screening Reports

Phone (866) 389-4042
Fax (866) 389-4043

**Dominium Management Services LLC**
**Nicollet Ridge Apartments - DMS**

Phone:  (952) 892-5004
Fax:    (952) 892-5254

| Applicant Name | Date In | Report ID | Report Type |
|---|---|---|---|
| BRIAN HJELDEN | 07/28/2012 03:19 PM | 2397136 | New Community Member |

Credit Score: None (Experian)

# BRIAN HJELDEN

Birthdate:       XX/XX/■■
Social Security #: XXX-XX-■■■
Current Address: ■■■■■■

## Identity Verification                                            BRIAN HJELDEN
SOCIAL SECURITY NUMBER ISSUED IN NORTH DAKOTA (XXX-XX-■■■)

**Names and AKAs**
BRIAN HJELDEN
BRIAN L HJELDEN

**Addresses** ■■■■■■

## Criminal Records                                                 BRIAN HJELDEN

| Level / Disposition | Offense | County / Case Number | Offense Date |
|---|---|---|---|
| MISD GUILTY | ■■■ | ■■■ | ■■■ |
| MISD GUILTY | ■■■ | ■■■ | ■■■ |
| MISD GUILTY | ■■■ | ■■■ | ■■■ |
| FELONY GUILTY | UNLAWFUL POSSESSION & MANUFACTURE OF DRUG PARAPHER | POLK 05771 SMAC211936 | 05/16/1998 |

**National Search:** National Criminal Search, National Sex Offender, OFAC

**County Search:** Polk IA, Aitkin MN, Anoka MN, Becker MN, Beltrami MN, Benton MN, Big Stone MN, Blue Earth MN, Brown MN, Carlton MN, Carver MN, Cass MN, Chippewa MN, Chisago MN, Clay MN, Clearwater MN, Cook MN, Cottonwood MN, Crow Wing MN, Dakota MN, Dodge MN, Douglas MN, Faribault MN, Fillmore MN, Freeborn MN, Goodhue MN, Grant MN, Hennepin MN, Houston MN, Hubbard MN, Isanti MN, Itasca MN, Jackson MN, Kanabec MN, Kandiyohi MN, Kittson MN, Kochiching MN, Lac Qui Parle MN, Lake MN, Lake Of The Woods MN, Le Sueur MN, Lincoln MN, Lyon MN, Mahnomen MN, Marshall MN, Martin MN, McLeod MN, Meeker MN, Mille Lacs MN, Morrison MN, Mower MN, Murray MN, Nicollet MN, Nobles MN, Norman MN, Olmsted MN, Otter Tail MN, Pennington MN, Pine MN, Pipestone MN, Polk MN, Pope MN, Ramsey MN, Red Lake MN, Redwood MN, Renville MN, Rice MN, Rock MN, Roseau MN, Saint Louis MN, Scott MN, Sherburne MN, Sibley MN, Stearns MN, Steele MN, Stevens MN, Swift MN, Todd MN, Traverse MN, Wabasha MN, Wadena MN, Waseca MN, Washington MN, Watonwan MN, Wilkin MN, Winona MN, Wright MN, Yellow Medicine MN

**Multi-State Sex Offender Search:** AK, AL, AR, AZ, CA, CO, CT, DC, DE, FL, GA, GU, HI, IA, ID, IL, IN, KS, KY, LA, MA, MD, ME, MI, MN, MO, MS, MT, NC, ND, NE, NH, NJ, NM, NV, NY, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VA, VT, WA, WI, WV, WY

## Eviction Records                                                 BRIAN HJELDEN
NO EVICTION RECORDS FOUND

## Rental Verifications                                             BRIAN HJELDEN

| Landlord Phone - Contact | Address | Move In / Move Out | Rent Owed |
|---|---|---|---|
| PARKWAY APARTMENTS (952) 937-0677 FREE TO REAPPLY - OTHER VIOLATION | 13875 CHESTNUT DR EDEN PRAIRIE, MN 55344 | 07/01/2007 | $753 $0 |

## Public Records (Experian)                                        BRIAN HJELDEN

| Description Plaintiff | Court Reference Number | Opened Reported | Assets Liability |
|---|---|---|---|
| JUDGMENT | HENNEPIN CNTY DIST CRT | 03/2009 | $0 |

MEDICAL PAYMENT DATA        A/C...                              3/2..9        $2,10.

## Collections (Experian)

| Original Creditor / Remarks | Collection Agency | Opened / Reported | Closed | Placement Balance |
|---|---|---|---|---|
| MIDAMERICAN ENERGY COLLECTION DEPARTMNT | TC SYSTEM INC | 01/2007 10/2009 | | $1,482 $1,482 |

BRIAN HJELDEN

--- MEDICAL ACCOUNTS ---

| | | | | |
|---|---|---|---|---|
| MEDICAL PAYMENT DATA COLLECTION DEPARTMNT | AAMS LLC | 10/2007 12/2007 | | $707 $707 |
| MEDICAL PAYMENT DATA COLLECTION DEPARTMNT | AAMS LLC | 10/2007 12/2007 | | $460 $460 |

## Credit Accounts (Experian)                                BRIAN HJELDEN
*NO CREDIT ACCOUNTS FOUND*

## Credit Inquiries (Experian)                               BRIAN HJELDEN
*NO CREDIT INQUIRIES FOUND*

© 1999-2012 Screening Reports, Inc.