# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
## COURT FILE NO.: 12-CV-2815 (MJD/JJK)

| | |
|---|---|
| **Brian Hjelden**<br>    **Plaintiff,**<br>v.<br><br>**Screening Reports, Inc.,**<br>    **Defendant.** | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a),**

Plaintiff hereby dismisses his action against Defendant with prejudice, and requests that a notice of dismissal with prejudice be entered in the above-entitled action pursuant hereto.

Dated: March 3, 2013            *s/ Curtis P. Zaun*_____
                                Curtis P. Zaun (266310)
                                curtis@cpzlaw.com
                                800 LaSalle Avenue, Suite 2150
                                Minneapolis, MN 55402
                                612-200-5992
                                888-614-3689 (fax)

                                **Attorney for Plaintiff**