UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brian Hjelden,

                      Plaintiff,

v.                                           **ORDER**
                                           12-cv-2815  (MJD/JJK)

Screening Reports, Inc.

                      Defendant.

---

.

      Plaintiff filed a voluntary dismissal in this case [Doc. #6] with the Court on March 1, 2013 in accordance to Federal Rule of Civil Procedure 41(a).  Defendant has not answered or moved for Summary Judgment.

      IT IS HEREBY ORDERED THAT:

      1.    The stipulation for dismissal  is **GRANTED** without prejudice.


Dated: March 4, 2013                                 s/Michael J. Davis
                                                     MICHAEL J. DAVIS
                                                     Chief Judge
                                                     United States District Court