UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Hjelden,

          Plaintiff,

v.                                      **AMENDED ORDER**
                                       12-cv-2815  (MJD/JJK)

Screening Reports, Inc.

          Defendant.

.

Plaintiff filed a voluntary dismissal in this case [Doc. #6] with the Court on March 1, 2013 in accordance to Federal Rule of Civil Procedure 41(a). Defendant has not answered or moved for Summary Judgment.

IT IS HEREBY ORDERED THAT:

1. The dismissal is **GRANTED** without prejudice.

Dated: March 4, 2013                         s/Michael J. Davis
                                                      MICHAEL J. DAVIS
                                                        Chief Judge
                                                        United States District Court