UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brian Hjelden,

          Plaintiff,

v.                                                  **SECOND AMENDED ORDER**
                                                       12-cv-2815  (MJD/JJK)

Screening Reports, Inc.

          Defendant.

---

.

      Plaintiff filed a voluntary dismissal in this case [Doc. #6] with the Court on March 1, 2013 in accordance to Federal Rule of Civil Procedure 41(a).  Defendant has not answered or moved for Summary Judgment.

      IT IS HEREBY ORDERED THAT:

      1.      The dismissal  is **GRANTED** with prejudice.

Dated: March 5, 2013                                  s/Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                        Chief Judge
                                                        United States District Court